# United States Bankruptcy Court
## District of Nevada

### Case No. 09−33462−bam
### Chapter 7

In re: (Name of Debtor)
    MARIO ALBERTO LUASES
    5219 FOG RUN COURT
    NORTH LAS VEGAS, NV 89031

Social Security No.:
    xxx−xx−9806

# FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐        MARIO ALBERTO LUASES

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/23/11                          BY THE COURT

                                        *Mary A. Schott*

                                        Mary A. Schott
                                        Clerk of the Bankruptcy Court